UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN GREGORY SESSING,<br><br>             Petitioner,<br><br>       v.<br><br>MARTIN BITER, Warden,<br><br>             Respondent. | NO. CV 11-09953 JHN (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS, AND RECOMMENDATIONS OF**<br><br>**UNITED STATES MAGISTRATE JUDGE** |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court accepts the findings and conclusions of the Magistrate Judge.

\\

\\

\\

\\

\\

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: April 30, 2012

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE