**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| NATHAN GREGORY SESSING, | ) | NO. CV 11-09953 JHN (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| MARTIN BITER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 30, 2012

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE